IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KACY SOKOLSKY,

Plaintiff,

-vs-

TARGET CORPORATION,

CASE NO.: 3:14-CV-914-J-32-MCR

Defendant

_____/

## NOTICE OF PENDING SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached an agreement for settlement, and are in the process of finalizing the settlement agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 30TH April, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants: Brian Melendez, Dykema Gossett, PLLC, 4000 Wells Fargo Center 90 South Seventh Street, Minneapolis, MN 55402; Sherilee J. Samuel, Esq., Hill, Ward & Henderson, P.A., Post Office Box 2231, Tampa, FL 33601.

Michael J. Vitoria, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
MVitoria@ForThePeople.com
KReynolds@ForThePeople.com
Florida Bar #: 0135534
Attorney for Plaintiff