**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KACY SOKOLSKY,

     Plaintiff,

v.                                          Case No.   3:14-cv-914-J-32MCR

TARGET CORPORATION,

     Defendant.

_____

## O R D E R

The Court has been advised that this case has been settled (Doc. 34). Accordingly, it is now

**ORDERED:**

1.    The parties shall have until **June 29, 2015** to file a joint motion for dismissal or other appropriate documents to close out this file.

2.    If the parties have not filed settlement pleadings or a request for extension of time by the **June 29, 2015** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3.    All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida the 30th day of April, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

w.
Copies:

Counsel of record